# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ROGER DALE SIMS**                                    **PETITIONER**

**VS.**                    **CASE NO. 5:12CV00056 JMM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.  The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 3rd day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE